CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 29 2007

JOHN F. CORCORAN, CLERK
BY:
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DAVID A. FARMER, <br> Petitioner, | ) <br> ) Civil Action No. 7:07-cv-00472 <br> ) |
| v. | ) FINAL ORDER <br> ) |
| ALAN V. WARD, et al., <br> Respondent. | ) By: Hon. James C. Turk <br> ) Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that the above referenced petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, shall be and hereby is **DISMISSED** without prejudice for failure to exhaust state court remedies; all claims against Alan V. Ward and Mr. Stratton are hereby **DISMISSED**, as they are not appropriate respondents to this habeas case, and the case is hereby stricken from the active docket of the court.

The Clerk is directed to send a copy of this final order and the accompanying memorandum opinion to the petitioner.

ENTER: This 29th day of October, 2007.

*/s/ James C. Turk*
Senior United States District Judge